# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARGARET U. J., | ) |
|       Plaintiff | ) |
| v. | )    No. 1:25-cv-00100-KFW |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
|       Defendant | ) |

## ORDER

Pursuant to the Defendant's unopposed motion (ECF No. 12) and sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is hereby **REVERSED** and the matter **REMANDED** for further administrative proceedings. Upon remand from this Court, the Appeals Council shall remand the case to an administrative law judge who shall be directed to (1) offer the Plaintiff the opportunity for a hearing; (2) further evaluate the evidence of record; (3) give further consideration to the Plaintiff's residual functional capacity; (4) take any additional action that may be necessary to complete the administrative record; and (5) issue a new decision. The Clerk of Court is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**SO ORDERED**.

Dated: July 31, 2025

                                                 /s/ Karen Frink Wolf
                                                 United States Magistrate Judge